UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER CARL JONES,

        Petitioner,

v.                                  Case No.  4:24-cv-12422

                                      Honorable F. Kay Behm

ADAM DOUGLAS,

        Respondent.
_____/

## ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR DISCOVERY [13]

      Michigan prisoner Dexter Carol Jones has filed a petition for a writ of habeas corpus seeking relief under 28 U.S.C. § 2254.  Presently before the Court is Petitioner's third motion for discovery.  (ECF No. 13.)  Petitioner previously filed two identical motions seeking the appointment of counsel for the purpose of conducting additional discovery related to subpoenaing cellphone records and potential witness records in support of his petition.  The Court denied both motions without prejudice, concluding that the motions were premature at this time.  (ECF Nos. 7, 10.)  The Court recently entered a revised briefing schedule ordering Respondent's answer to the petition by August 11, 2025.  As the Respondent has yet

to file an answer to the petition and the Rule 5 materials, the motion is still premature. Accordingly, the Court **DENIES** Petitioner's third motion for discovery for the reasons stated in the Court's November 14, 2024, and the February 4, 2025 Orders.

    **IT IS SO ORDERED.**

Dated: June 17, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge