UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER CARL JONES,

        Petitioner,

v.                              Case No.  4:24-cv-12422

                                  Honorable F. Kay Behm

ADAM DOUGLAS,

        Respondent.
_____/

## OPINION AND ORDER DENYING MOTION FOR EVIDENTIARY HEARING [ECF No. 19]

Michigan prisoner Dexter Carol Jones has filed a petition for a writ of habeas corpus seeking relief under 28 U.S.C. § 2254. Presently before the Court is Petitioner's Motion for Evidentiary Hearing.  (ECF No. 19.)  Petitioner asserts that he did not receive Respondent's Answer to the Petition. He requests that the Court either hold an evidentiary hearing or release him from custody. Respondent filed his Answer and the Rule 5 materials on August 11, 2025. (ECF No. 17)  On August 25, 2025, Petitioner filed his Reply. (ECF No. 20.) Petitioner fails to make any showing that he is entitled to an evidentiary hearing. Accordingly, the Court

**DENIES** Petitioner's motion.

    **SO ORDERED.**

Dated:  January 13, 2026          <u>s/F. Kay Behm</u>
                                                   F. Kay Behm
                                                   United States District Judge