UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER CARL JONES,

Petitioner,

v.

ADAM DOUGLAS,

Respondent,
_______________________________/

Case No. 4:24-CV-12422
F. Kay Behm
United States District Judge

# JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on August 10, 2026:

(1) The Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE**.
(2) A Certificate of Appealability is **DENIED**.
(3) Petitioner is **GRANTED** leave to appeal *in forma pauperis*.

**SO ORDERED.**

Date: August 10, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge