UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER CARL JONES,

Petitioner,

v.

ADAM DOUGLAS,

Respondent,
_________________________________/

Case No. 4:24-CV-12422
Honorable F. Kay Behm
United States District Judge

**OPINION AND ORDER DENYING THE MOTION FOR DISCOVERY (ECF No. 31) AND DENYING AS MOOT THE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS ON APPEAL (ECF No. 32)**

Dexter Carl Jones, ("Petitioner"), filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging state court convictions. This Court denied the petition with prejudice, declined to issue a certificate of appealability, but granted Petitioner leave to appeal *in forma pauperis*. *Jones v. Douglas*, No. 4:24-CV-12422, 2026 WL 2295666 (E.D. Mich. Aug. 10, 2026).

Petitioner has filed a motion for discovery and an application to proceed without prepayment of fees and costs on appeal. For the reasons

that follow, the motion for discovery is **DENIED** and the application to proceed without prepayment of fees and costs is **DENIED AS MOOT**.

This Court has already determined that Petitioner's allegations, even if true, would not entitle him to habeas relief. In light of the fact that Petitioner's claims do not entitle him to habeas relief, Petitioner is not entitled to seek discovery in support of his claims. *See e.g. Sellers v. U.S.,* 316 F. Supp. 2d 516, 523 (E.D. Mich. 2004).

This Court already granted Petitioner leave to appeal *in forma pauperis,* it is thus unnecessary for Petitioner to again obtain permission to proceed *in forma pauperis* on appeal. Petitioner's current motion to proceed *in forma pauperis* on appeal will therefore be denied as moot. *See McMillan v. McKune,* 16 F. App'x 896, 897 (10th Cir. 2001).

**ORDER**

Based upon the foregoing, **IT IS ORDERED** that:

(1) The motion for discovery (ECF No. 31) is **DENIED.**

(2) The application to proceed without prepayment of fees and costs on appeal (ECF No. 32) is **DENIED AS MOOT.**

**SO ORDERED.**

Date: October 19, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge